**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

EDWARD McCASKILL,

    Plaintiff,

v.                                    CASE NO: 14-CV-12157-DT

R. HAAS, PEOPLE OF THE
STATE OF MICHIGAN,

    Defendants.
                                   /

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATIONS**

This matter was referred to United States Magistrate Michael Hluchaniuk pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In his report filed on June 1, 2015, the magistrate judge recommended that this court dismiss the complaint with prejudice, for failure to timely respond to the show cause order and the Defendants' Rule 41(B) Motion to Dismiss [Dkt #19]. No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

Having reviewed the file and the report, the court concludes that the findings and conclusions of the magistrate judge are correct and ADOPTS the same for purposes of this Order.

Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's report and recommendation, the Plaintiff's Complaint is DISMISSED with prejudice under Federal Rule of Civil Procedure 41(b) and the Defendants' Rule 41(B) Motion to Dismiss is TERMINATED AS MOOT.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Dated: June 26, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 26, 2015, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522