**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

EDWARD McCASKILL,

    Plaintiff,

v.                                             CASE No. 14-12157-DT

R. HAAS, PEOPLE OF THE
STATE OF MICHIGAN

    Defendants.

_____/

**JUDGMENT**

In accordance with the "Order Adopting Magistrate Judge's Report and Recommendation" entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Edward McCaskill.

Dated at Detroit, Michigan, this 26th day June, 2015.

          DAVID J. WEAVER
          CLERK OF COURT

          BY:<u>s/Lisa Wagner</u>
          Lisa Wagner Case Manager to
          Judge Robert H. Cleland